UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
BRIAN GAROFAL,

                        Plaintiff,          **AFFIDAVIT OF SERVICE**
                                        **BY FIRST CLASS MAIL**

         v.

MATTHEW MONTANYE, JASON GUILBEAULT, J.
GORI, and JOHN DOES #1–3, Correction Officers; BRUCE   **9:17-cv-00820-GTS-CFH**
CHAMBERLAIN, Correction Sergeant, in their individual
capacities,

                        Defendants.
----------------------------------------------------------------x

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK  )

ASHLEY S. MARTINEZ, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

    2. On October 13, 2017, I served a true copy of the TEXT ORDER RE: #[17] MOTION FOR DEFAULT JUDGMENT AS TO MATTHEW MONTANYE, SO ORDERED BY CHIEF JUDGE GLENN T. SUDDABY ON 10/13/17 on the following:

                            Matthew Montanye
                            8 Gary Owen Road
                            Catskill, NY 12414

3. I made such service by personally placing a true copy of the aforementioned document in a properly addressed, prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

_____
ASHLEY S. MARTINEZ

Sworn to before me this
13th day of October, 2017.

_____
Notary Public

CHRISTINA M. BLANCO
Notary Public, State of New York
No. 01BL6276935
Qualified in New York County
Commission Expires Feb. 25, 2021